# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONDA L. FACKLAM, | Case No. ED CV 15-01973 AFM |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PROSECUTE** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

By Order Extending Briefing Schedule filed June 10, 2016, the Memorandum in Support of Plaintiff's Complaint was due on June 21, 2016. The docket sheet shows that, as late as the date of this Order, plaintiff has not filed a Memorandum in Support of Plaintiff's Complaint. Plaintiff has failed to comply with the Court's Order.

Accordingly, IT IS ORDERED that within 20 days of the filing date of this Order, plaintiff shall show cause in writing why this action should not be dismissed. If plaintiff fails to file a written objection to dismissal of this action within the time specified, it will be deemed to be consent to a dismissal as against Defendant. The

filing of a Plaintiff's Memorandum in Support of Complaint within 20 days, shall discharge the order to show cause.

DATED: July 14, 2016

_____
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE